FILED

2003 NOV 13 P 12: 46

UNITED STATES DISTRICT COURT

US DISTRICT COURT
BRIDGEPORT CT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD ROOT, JR.<br>Plaintiff | : 3: 03CV00949(JCH) |
| VS. | : |
| TIMOTHY LISTON,<br>Defendant | : NOVEMBER 11, 2003 |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S REPLY**

The defendant mis-states the plaintiff's allegations in its reply brief. This is not an instance in which the defendant used his quasi judicial authority to set the plaintiff's bond prior to his arrest on new charges of threatening and disorderly conduct. This was a case where the defendant misrepresented his authority and told state police officers that the court set bond was well in excess of what the court had, in fact set it at. To the degree that the defendant contends that he has the authority to set bonds prior to an arrest warrant being signed by a judge, there is but one simple reply: simple arrogance. Prosecutor's do not set bond and they do not have the ability to forecast what is on a judge's mind any better than do defense counsel in a criminal case. This case presents one of the few conceivable sets of facts under federal law that would deprive a prosecutor of immunity.

1

                THE PLAINTIFF
                EDWARD ROOT, JR.

BY    _____
                NORMAN A. PATTIS
                51 Elm Street, Suite 409
                New Haven, CT 06510
                Telephone: (203) 562-9931
                Fed Bar No. ct13120
                His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on November 11, 2003, to the following parties and counsel of record:

Robert B. Fiske, III
110 Sherman Street
Hartford, CT 06105

_____
NORMAN A. PATTIS