UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EDWARD ROOT,
*Plaintiff,*

v.

TIMOTHY LISTON
*Defendant.*

CIVIL NO: 3:03CV949(JCH)

NOVEMBER 17, 2003

## DEFENDANT'S MOTION TO SRIKE PLAINTIFF'S OPPOSITION TO DEFENDANT'S REPLY

Pursuant to F.R.C.P. Rule 12(e), the defendant, Assistant State's Attorney Timothy Liston, respectfully moves to strike the plaintiff's memorandum in opposition to defendant's reply, on the grounds that it is improper and not permitted under the Federal or Local Rules of Civil Procedure.

Indeed, neither Rule 12 of the Federal Rules of Civil Procedure or Local Rule 9(g) permit a non-moving party to file a reply brief. Specifically, Local Rule 9(a)(1) provides, in pertinent part, that "[r[eply briefs are not required and the absence of a reply brief will not prejudice the *moving* party. Any reply brief . . . must be strictly confined to a discussion of the matters raised by the *responsive* brief and must contain references to the *responsive* brief to which reply is being made." Local Rule of Civil Procedure, Rule 9(e). Emphasis added. Not surprisingly, the plaintiff has not cited any rule or case law which supports his filing of a memorandum of law in opposition to the defendant's reply, because there is none. Thus, not only is his memorandum unpersuasive, it is improper and should be stricken and not considered by this Court.

Accordingly, for the foregoing reasons, this Court should grant the defendant's Motion to Strike the plaintiff's memorandum in opposition to defendant's reply, as it is not permitted for under either the Federal or Local Rules of Civil Procedure.

DEFENDANT
Timothy Liston

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert B. Fiske

Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar No. ct17831
Tel.: (860) 808-5450
Fax: (860) 808-5491
E-mail: robert.fiske@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class postage prepaid, this, the 17th day of November, 2003, to:

Mr. Norm Pattis, Esq.
Williams & Pattis
51 Elm Street, Suite 409
New Haven, CT 06510

/s/ Robert B. Fiske
Robert B. Fiske, III
Assistant Attorney General

3