UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EDWARD ROOT                    :

VS.                            : NO. 3:03CV949(JCH)

TIMOTHY LISTON                 : NOVEMBER 20, 2003

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE REPLY

The defendant filed an extraordinary motion to strike the plaintiff's opposition to his reply brief on November 17, 2003. In the event the court grants the motion to strike, the plaintiff requests oral argument. It is apparent from the face of the defendant's reply brief that he either does not understand the file he is defending or has wilfully misrepresented it to the court in his reply brief. The facts as he recites them simply are not the facts pled.

As pleaded, the State presents a shocking case of prosecutorial misconduct. This is no ordinary case of prosecutor acting within the course and scope of his duty. It is a case of outright fraud: About a prosecutor masquerading as a judge and unilaterally informing those who rely upon him that the court has ordered something which it has not ordered. One would have hoped for better from the Attorney General of the State of Connecticut than a defense which refuses to acknowledge the evident facts apparent on the face of the pleadings.

THE PLAINTIFF

BY *(signature)*
Norman A. Pattis
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06610
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct13120
His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on November 20, 2003, to the following counsel of record:

Robert V. Fisk, III, Esq.
110 Sherman Street
Hartford, CT 06105

*(signature)*
Norman A. Pattis