RECEIVED

2004 FEB 18 A 10: 07

CHAMBERS JANET C. HALL
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 19 P 12: 55

EDWARD ROOT                                    :    3:03CV949(JCH)
    *Plaintiff*                              :

v.                                             :

TIMOTHY LISTON                                 :    FEBRUARY 17, 2004
    *Defendant*

## MOTION FOR AN EXTENSION OF TIME

The defendant, Connecticut State's Attorney Timothy Liston, respectfully moves for a sixty day extension of time to April 19, 2004, to complete discovery and file a motion for summary judgment, for the foregoing reasons:

1.      On or about May 27, 2003, the plaintiff filed his Complaint.

2.      On or about July 30, 2003, the plaintiff filed a Motion for Default.

3.      On or about August 11, 2003, the undersigned counsel for the defendant was assigned responsibility for this case and filed an appearance the same day.

4.      On or about August 12, 2003, this Court granted the plaintiff's Motion for Default and issued an Order of Default against the defendant.

5.      On or about August 15, 2003, the undersigned counsel for the defendant filed a Motion to Set Aside the Order of Default, and that motion was granted on August 28, 2003.

6.      No Rule 26f Scheduling Order was completed by the parties.

7.      On or about September 23, 2003, the defendant filed a Memorandum of Law in Support of a Motion to Dismiss the plaintiff's Complaint, and on or about October 14, 2003, the plaintiff filed a memorandum of law in opposition to that motion.

Motion Granted. No further extensions available.
Discovery cutoff date 4/30/04
Dispositive Motions due by 5/30/04
SO ORDERED
2/25/04
Janet C. Hall, U.S.D.J.

2004 MAR 2 A 8: 13
US DISTRICT COURT
BRIDGEPORT CT