UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD ROOT | : | 3:03CV949(JCH) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY LISTON | : | MAY 3, 2004 |
| *Defendant* | | |

## MOTION FOR A SETTLEMENT CONFERENCE

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, the defendant, Connecticut State's Attorney Timothy Liston, respectfully requests that a settlement conference be scheduled for this case. Discovery is now complete and though a summary judgment motion will be filed on or before the deadline date of June 1, 2004, it is the hope of the undersigned that if a settlement conference can be held during the pendency of that motion, a reasonable conclusion to this case can be reached.

The undersigned counsel for the defendant has spoken with the plaintiff's attorney, Mr. Norm Pattis, regarding this request and Mr. Pattis is in agreement that a settlement conference would be helpful. Both counsel agree the settlement conference could be conducted by a Magistrate Judge, such as Magistrate Garfinkle.

WHEREFORE, Defendant Timothy Liston respectfully requests that his Motion for a Settlement Conference be granted.

                DEFENDANT
                TIMOTHY LISTON

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY:    /s/_____
        Robert B. Fiske, III
        Assistant Attorney General
        Fed. Bar No. ct17831
        Office of the Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Tel:  (860) 808-5450
        E-MAIL: Robert.Fiske@po.state.ct.us

## **CERTIFICATION**

This certifies that a copy of the foregoing was mailed this, the 3rd day of May, to:

Mr. Norm Pattis, Esq.
Williams & Pattis
51 Elm Street, Suite 409
New Haven, CT 06510

                /s/_____
                Robert B. Fiske, III
                Assistant Attorney General