21

FILED

UNITED STATES DISTRICT COURT 2004 MAY -5 A 11: 57
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| EDWARD ROOT<br>*Plaintiff* | : | 3:03CV949(JCH) |
| v. | : | |
| TIMOTHY LISTON<br>*Defendant* | : | MAY 3, 2004 |

### MOTION FOR A SETTLEMENT CONFERENCE

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, the defendant, Connecticut State's Attorney Timothy Liston, respectfully requests that a settlement conference be scheduled for this case. Discovery is now complete and though a summary judgment motion will be filed on or before the deadline date of June 1, 2004, it is the hope of the undersigned that if a settlement conference can be held during the pendency of that motion, a reasonable conclusion to this case can be reached.

The undersigned counsel for the defendant has spoken with the plaintiff's attorney, Mr. Norm Pattis, regarding this request and Mr. Pattis is in agreement that a settlement conference would be helpful. Both counsel agree the settlement conference could be conducted by a Magistrate Judge, such as Magistrate Garfinkle.

WHEREFORE, Defendant Timothy Liston respectfully requests that his Motion for a Settlement Conference be granted.

MOTION GRANTED.
SO ORDERED