UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD ROOT<br>*Plaintiff* | : | 3:03CV949(JCH) |
| v. | :<br>:<br>: | |
| TIMOTHY LISTON<br>*Defendant* | : | MAY 25, 2004 |

## MOTION FOR AN EXTENSION OF TIME

The defendant, Connecticut State's Attorney Timothy Liston, respectfully moves for a two week extension of time until June 14, 2004, to file his Motion for Summary Judgment. This extension of time is necessary for the foregoing reasons:

1. On or about May 27, 2003, the plaintiff filed his Complaint.

2. On or about July 30, 2003, the plaintiff filed a Motion for Default.

3. On or about August 11, 2003, the undersigned counsel for the defendant was assigned responsibility for this case and filed an appearance the same day.

4. On or about August 12, 2003, this Court granted the plaintiff's Motion for Default and issued an Order of Default against the defendant.

5. On or about August 15, 2003, the undersigned counsel for the defendant filed a Motion to Set Aside the Order of Default, and that motion was granted on August 28, 2003.

6. On or about September 23, 2003, the defendant filed a Memorandum of Law in support of a Motion to Dismiss the plaintiff's Complaint, and on or about October 14, 2003, the plaintiff filed a memorandum of law in opposition to that motion.

7. On or about October 28, 2003, the defendant filed a Reply to the plaintiff's opposition, and on or about November 11, 2003, the plaintiff filed a Sur-Reply.

8. On or about November 17, 2003, the defendant filed a Motion to Strike the plaintiff's sur-reply, and on November 20, 2003, the plaintiff filed a Memorandum in Opposition to the defendant's motion to strike the sur-reply.

9. On or about December 10, 2003, this Court issued a decision denying the defendant's Motion to Dismiss without prejudice to renew on a fuller record at summary judgment. The Court granted the Defendant's motion to strike the plaintiff's sur-reply.

10. On February 17, 2004, the undersigned counsel for the defendant moved for a sixty day extension of time, until April 19, 2004, to complete the necessary discovery to support his motion for summary judgment.

11. On or about March 5, 2004, this Court granted the defendant's motion for an extension of time, extending the discovery deadline to April 30, 2004, and the deadline to file Dispositive Motions to May 30, 2004.

12. Both counsel held depositions of the respective party's and the discovery was completed before the deadline date. The undersigned counsel for the defendant then began preparing the summary judgment motion, but has been delayed in its completion due to other work load demands and personal medical reasons. Consequently, the undersigned will not be able to complete the summary judgment motion by the deadline date of May 30, 2004, but sincerely believes that it can be completed with an additional two weeks time.

13. The undersigned genuinely and in good faith believes that the issues in this case are ripe for summary judgment. This case has been accepted for a settlement conference before a magistrate judge, and therefore this request for a two week extension of time will not unreasonably delay the resolution of this matter, nor will it result in any prejudice to the plaintiff.

14. In the event this motion for a two week extension of time is denied however, the defendant will be severely prejudiced. This is the defendant's second request for an extension of time, and the first to extend the deadline for the motion for summary judgment.

15. On the morning of May 25, 2004, the undersigned counsel for the defendant contacted plaintiff's counsel Mr. Norm Pattis to obtain his permission to file this Motion for an Extension of Time, but was told that Mr. Pattis is on trial in Litchfield County and was unavailable. The undersigned then left a message on Mr. Pattis' voice mail advising him of this Motion and directing him to contact the undersigned if he had an objection to this Motion so the undersigned could notify the Court.

WHEREFORE, Defendant Timothy Liston respectfully requests that his Motion for an Extension of Time, until June 14, 2004, to file his Motion for Summary Judgment, be granted.

        DEFENDANT
        TIMOTHY LISTON

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:  /s/_____
      Robert B. Fiske, III
      Assistant Attorney General
      Fed. Bar No. ct17831
      Office of the Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Tel:  (860) 808-5450
      E-MAIL: Robert.Fiske@po.state.ct.us


## **CERTIFICATION**

This certifies that a copy of the foregoing was mailed this, the 25th day of May, 2004, to:

Mr. Norm Pattis, Esq.
Williams & Pattis
51 Elm Street, Suite 409
New Haven, CT 06510

        /s/_____
        Robert B. Fiske, III
        Assistant Attorney General