UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD ROOT, | : | CIVIL NO: 3:03CV949(JCH) |
|    *PLAINTIFF,* | : | |
| | : | |
| V. | : | |
| | : | |
| TIMOTHY LISTON | : | |
|    *DEFENDANT.* | : | JUNE 14, 2004 |

## DEFENDANT LISTON'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant, Connecticut State's Attorney Timothy Liston, respectfully moves for summary judgment as to all of the claims in the plaintiff's Complaint.

Specifically, defendant Timothy Liston is entitled to summary judgment because:

I.    State's Attorney Liston Is Entitled To Absolute Immunity For His Act In Raising The Court's Bond Because He Did so During The Judicial Phase Of The Criminal Process In His Role As An Advocate For The State Of Connecticut

    A.  Mr. Liston Had A Colorable Claim Of Jurisdiction Given The Statutory Scheme For Setting Bail

    B.  As A State's Attorney, Mr. Liston Had The Authority In The Prosecution Of Cases To Ensure The Plaintiff's Appearance In Court

II.    Any Harm To The Plaintiff By The Bond Increase Was De Minimis

III.   Defendant Liston Is Entitled To Qualified Immunity.

IV.   The Plaintiff's Emotional Distress Claims Are Without Merit

The legal grounds summary judgment in favor of the defendant are detailed in the accompanying Memorandum of Law.  In support of this motion, Defendant Liston submits the following:

1. Defendant Timothy Liston's Affidavit.  (Exhibit A).
2. Defendant Timothy Liston's Deposition.  (Exhibit B).
3. Re-arrest Warrant with Failure to Appear $1,000 bond.  (Exhibit C).
4. Ms. Diane Chace Appearance and Motion to Vacate.  (Exhibit D).
5. Connecticut State Police Continued Investigation Rpt of Tpr. Moysey.  (Exhibit E).
6. Plaintiff Edward Root's Deposition.  (Exhibit F).
7. C.S.P. Detective Buglione's Arrest Warrant Affidavit.  (Exhibit G).
8. Middletown Superior Court, G.A. 9 Transcript, Judge Wolven.  (Exhibit H).
9. Ms. Chace Appeal/Petition Review of bail.  (Exhibit I).
10. Appellate Court Decision denying Relief sought in Bail Review Petition. (Exhibit J).
11. Arrest Warrant for plaintiff's Violation of Probation.  (Exhibit K).
12. Norm Pattis Appearance and Motion for Reduction of Bond.  (Exhibit L).
13. Plaintiff's Complaint.  (Exhibit M).
14. Memorandum of law in support of Defendant Timothy Liston's Motion for Summary Judgment.

WHEREFORE, the defendant respectfully requests that his Motion for Summary Judgment be granted in its entirety, with Judgment entered on his behalf on all of the plaintiff's claims.

                      DEFENDANT
                      Timothy Liston

                      RICHARD BLUMENTHAL
                      ATTORNEY GENERAL


                      By: /s/
                      Robert B. Fiske, III
                      Assistant Attorney General
                      110 Sherman Street
                      Hartford, CT 06105
                      Tel; (860) 808-5450
                      Fed. No: ct 17831
                      e-mail: robert.fiske@po.state.ct.us


## **CERTIFICATION**

I hereby certify that a copy was mailed this, the 14th day of June, 2004, to:

Mr. Norman Pattis, Esq.
Williams & Pattis
51 Elm Street, Suite 409
New Haven, CT 06510

                      /s/
                      Robert B. Fiske, III
                      Assistant Attorney General