UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD ROOT | ) ) ) ) ) ) ) ) ) ) | Case No. 3:03CV949(JCH) |
| v. | | |
| TIMOTHY LISTON | | JUNE 14, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that Defendant, Timothy Liston, has manually filed the following documents:

1. Exhibits B, C, D, E, F, G, H, I, J, K, L, and M are attachments to Defendant Liston's Motion For Summary Judgment.

These documents have not been filed electronically because

[ X ]  the documents or things cannot be converted to an electronic format
[   ]  the electronic file size of the document exceeds 1.5 megabytes
[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents or things have been manually served on all parties.

DEFENDANT
Timothy Liston

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: __/s/_____
Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct17831
E-mail: robert.fiske@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Manual Filing was mailed to the following on this 14th day of June 2004:

Mr. Norman Pattis, Esq.
Williams & Pattis
51 Elm Street, Suite 409
New Haven, CT 06510

__/s/_____
Robert B. Fiske, III
Assistant Attorney General