UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD ROOT : | |
|    Plaintiff | : 3: 03CV00949(JCH) |
| | : |
| | : |
| VS. | : |
| | : |
| TIMOTHY LISTON | : JUNE 23, 2004 |
|    Defendant | : |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO DEFENDANT'S MOTION**

    The plaintiff, Edward Root, respectfully requests through counsel an additional 30 days within which to respond to the defendant's motion for summary judgment. In support hereof, the undersigned represents as follows:

    1. This is the first such request for relief.

    2. I consulted with Attorney Robert Fiske on June 21, 2004, and obtained his consent.

    3. The undersigned is leaving for vacation on June 25, 2004, and not returning to the office until July 26, 2004.

    4. The defendant's motion for summary judgment was filed on June 11, 2004, thus requiring a response by June 31, 2004. The undersigned is requesting that his brief not due until August 2, 2004.

          THE PLAINTIFF
          EDWARD ROOT

BY    _____
       NORMAN A. PATTIS
       51 Elm Street, Suite 409
       New Haven, CT 06510
       Telephone: (203) 562-9931
       Juris No. 408681
       His Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on , to the following parties and counsel of record:

Robert Fiske, Esq.
110 Sherman Street
Hartford, CT 06105

_____
NORMAN A. PATTIS