UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD ROOT, JR. | : | |
| | : | |
| VS. | : | NO. 3:03CV00949(JCH) |
| | : | |
| TIMOTHY LISTON | : | AUGUST 2, 2004 |

PLAINTIFF'S MOTION FOR PERMISSION TO NUNC PRO TUNC TO FILE LATE RESPONSE TO DEFENDANT'S SUMMARY JUDGMENT MOTION

1. The defendant filed his motion for summary judgment on June 11, 2004.

2. The undersigned requested, and obtained, an extension until July 28, 2004 to respond as counsel had a month-long vacation planned.

3. At the time the undersigned requested the July 28, 2004, extension, he intended to complete the response while on vacation.

4. The undersigned did not complete the response while away from the office and was unable to complete it upon his return, July 26, 2004, given the press of court appearances and other commitments attendant to returning to the office after a lengthy absence.

5. The undersigned obtained the consent of his adversary Robert Fiske to file this response on Monday August 2, 2004.

6. This is the second request for an extension of time to respond to the defendant's motion.

THE PLAINTIFF

BY_____
       Norman A. Pattis
       Williams and Pattis, LLC
       51 Elm Street, Suite 409
       New Haven, CT 06510
       (203) 562-9931
       FAX: (203) 776-9494
       Federal Bar No. ct13120

## **CERTIFICATION**

    The foregoing was mailed, first-class mail, postage prepaid, this 2nd day of August 2004 to Robert Fiske, 110 Sherman Street, Hartford, CT 06105..

_____
NORMAN A. PATTIS