UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD ROOT, JR. | : | |
| | : | |
| VS. | : | NO. 3:03CV00949(JCH) |
| | : | |
| TIMOTHY LISTON | : | August 2, 2004 |

### AFFIDAVIT OF ATTORNEY NORMAN A. PATTIS

1. I am an attorney and understand the meaning and obligation of an oath.

2. I am the attorney representing the plaintiff in this case.

3. I was also trial counsel in three murder cases in Middletown: <u>State v. Ortiz</u>, <u>State v. Brown</u> and <u>State v. Pink</u>. I tried the Ortiz and Brown cases against Mr. Liston, the defendant in this case.

4. I have reviewed the defendant's deposition on pages at 18 and 19 and am familiar with the cases discussed by Mr. Liston as justification for his behavior.

5. The case involving the death of an officer involved in a high-speed chase was the Brown case. Mr. Brown was acquitted of felony murder.

6. The case involving the shooting of two police officers was the Ortiz case. Mr. Ortiz was acquitted of attempted murder of the officers; in fact, he was acquitted of assaulting one of the officers altogether as he raised a claim of self-defense at trial. He later pleaded guilty to an unrelated murder of a lay witness.

7. The case involving a probation officer was the Pink case. Mr. Pink was convicted of murder and of threatening the probation officer, to whom he had confessed after showing the officer the location of the victim's body.

8. I am familiar with the operations of the Middletown Superior Court based upon having tried cases there and attending many pre-trials. The court's normal hours of operation are nine a.m. until five p.m., and there are typically judges available during those hours.

9. I am aware of no traffic emergencies or conditions that would have prevented the transport of Mr. Root from the state police barracks to the Middletown Superior Court on July 27, 2001.

                                                                     _____

Subscribed and sworn to before me this 2nd day of August 2004.

                                                                     _____
                                                                     Notary Public