UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD ROOT, JR. | : | |
| | : | |
| VS. | : | NO. 3:03CV00949(JCH) |
| | : | |
| TIMOTHY LISTON | : | August 2, 2004 |

### NOTICE OF MANUAL FILING

The plaintiff hereby gives notice that the following have been manually filed because the documents cannot be converted to an electronic format:

!.    Exhibits A, B, C, E and F to the Plaintiff's Memorandum in Opposition to Summary Judgment.

The documents have been served on all parties.

THE PLAINTIFF

By_____
NORMAN A. PATTIS
Williams and Pattis, LLC
51 Elm St., Suite 409
New Haven, CT 06510
Ct13120
203.562.9931
203.776.9494 (fax)
napatty1@aol.com

### CERTIFICATION

The foregoing was mailed this 2nd day of August 2004 to Robert Fiske, 110 Sherman Street, Hartford, CT 06105.

_____
NORMAN A. PATTIS