UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD ROOT | : | 3:03CV949(JCH) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY LISTON | : | AUGUST 6, 2004 |
| *Defendant* | | |

## MOTION FOR AN EXTENSION OF TIME

The defendant, Connecticut State's Attorney Timothy Liston, respectfully moves for a two week extension of time from August 19, 2004, until September 2, 2004, to file his Reply to the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment. This extension of time is necessary for the following reasons:

1. The defendant filed a Motion for Summary Judgment on June 11, 2004.

2. Counsel for the plaintiff requested, and obtained, an extension of time until July 28, 2004 to respond, as he had a month-long vacation planned.

3. On or before July 28, 2004, counsel for the plaintiff contacted the undersigned counsel for the defendant to obtain consent to file his opposition a few days later, on Monday August 2, 2004, due to pressing work obligations, and consent was provided.

4. On Thursday, August 5, 2004, the undersigned counsel for the defendant received by mail, the Plaintiff's Memorandum in Opposition to the Defendant's Motion for Summary Judgment. In accordance with the time calculations set forth in both the Federal and the Local Rules of Civil Procedure, the defendant's Reply brief would be due on Thursday, August 19, 2004. F.R.C.P. 6(a); L.R.C.P. 9(g).

5.　Unfortunately, the undersigned counsel for the defendant will be out of state on a long planned family vacation beginning August 7th and will not return to the office until August 23rd, and thus will be unable to meet the deadline date.

6.　Recognizing that the reply brief could not be timely filed in the allotted period due to his vacation schedule, the undersigned counsel for the defendant contacted the plaintiff's counsel, Mr. Norm Pattis, and obtained his consent for a two week extension of time, until September 2, 2004, to file a reply brief.

7.　This is the second request for an extension of time sought by the defendant, but the first request for an extension of time to file the reply.

8.　If this request is granted, it would not be prejudicial the plaintiff, but if denied, it would be prejudicial to the defendant.

WHEREFORE, Defendant Timothy Liston respectfully requests that his Motion for an Extension of Time, until September 2, 2004, to file a Reply to the Plaintiff's Opposition to the Defendant's Motion For Summary Judgment be granted.

DEFENDANT
TIMOTHY LISTON

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Robert B. Fiske, III
Assistant Attorney General
Fed. Bar No. ct17831
Office of the Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
E-MAIL: Robert.Fiske@po.state.ct.us

## **CERTIFICATION**

This certifies that a copy of the foregoing was mailed this, the 6th day of August, 2004, to:

Mr. Norm Pattis, Esq.
Williams & Pattis
51 Elm Street, Suite 409
New Haven, CT 06510

___/s/_____
Robert B. Fiske, III
Assistant Attorney General