# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD ROOT | : | NO. 3:03 CV 00949(JCH) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY LISTON | : | |
| *Defendant* | : | SEPTEMBER 3, 2004 |

## MR. LISTON'S MOTION FOR PERMISSION, NUNC PRO TUNC, TO FILE A LATE REPLY TO THE PLAINTIFF'S OPPOSITION TO HIS MOTION FOR SUMMARY JUDGMENT

1.      Mr. Liston filed a motion for summary judgment on June 11, 2004.

2.      The plaintiff requested and obtained an extension of time until July 28, 2004, to file his opposition, as counsel had a vacation planned.

3.      Upon his return from vacation, the plaintiff was unable to complete his opposition in the time originally requested and sought an additional extension of a few days, which was consented to by the undersigned counsel for Mr. Liston.

4.      On or about August 2, 2004, the plaintiff's brief in opposition was received by the undersigned counsel for Mr. Liston.

5.      On or about August 6, 2004, the undersigned counsel for Mr. Liston filed, with the consent of plaintiff's counsel, a motion for a two week extension of time, until September 2, 2004 to file a reply, due to a pre-planned family vacation of counsel during the weeks of August 9th and 16th.

6.      Unfortunately, due to the pressure of work obligations and issues that arose during the undersigned's vacation, the undersigned was unable to timely file the reply brief by September 3, 2004.

7.      At approximately 9:00 a.m. on the morning of Friday, September 3, 2004, the undersigned counsel for Mr. Liston contacted Mr. Pattis to obtain his consent to file the reply late due to the undersigns' inability to file it timely.  Mr. Pattis was not in the office so a message was left on his machine.  As of Friday afternoon, no message had been received from Mr. Pattis, so his position is unknown, however, his client will not suffer any prejudice if this extension is granted, whereas Mr. Liston may.

8.      This is Mr. Liston's second request for an extension of time to file papers related to his motion for summary judgment.

DEFENDANT
Timothy Liston


RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:     _/s/_____
        Robert B. Fiske, III
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct17831
        E-Mail:  robert.fiske@po.state.ct.us
        Tel.: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of

the Federal Rules of Civil Procedure on this, the 3rd day of September, first class postage prepaid

to:

> Mr. Norm Pattis, Esq.
> Williams & Pattis
> 51 Elm Street, Suite 409
> New Haven, CT 06510

                                         ___/s/_____
                                         Robert B. Fiske, III
                                         Assistant Attorney General