UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EDWARD ROOT, JR.

V                                                              3:03CV949 JCH

TIMOTHY LISTON

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of the defendant's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 29, 2005, entered a Ruling on the Motion for Summary Judgment, granting the defendant's motion as to all federal claims and dismissing plaintiff's state law claims.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 29th day of March, 2005.

KEVIN F. ROWE, Clerk

By   /s/Catherine Boroskey
          Deputy Clerk

Entered on Docket _____