UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| EDWARD ROOT, JR. | : | |
|---|---|---|
| | : | No. 3:03CV00949 (JCH) |
| VS. | : | |
| | : | |
| TIMOTHY LISTON | : | April 18, 2005 |

## PLAINTIFF'S NOTICE OF INTENT TO APPEAL

The Plaintiff, Edward Root, Jr., herewith provides notice of his intent to appeal

the trial court's granting of the defendant's singular possessive motion for a summary

judgement granted on March 28, 2005.

The Plaintiff


By: _____
NORMAN A. PATTIS, His Attorney
Federal Bar No. ct13120
Law Offices of Norman A. Pattis, LLC
649 Amity Road, P.O. Box 280
Bethany, CT 06524

## CERTIFICATION

_____This is to certify that a copy of the foregoing was mailed, postage prepaid,

this _____ day of April, 2005 to:

Robert Fiske, Esquire
110 Sherman Street
Hartford, CT 06105

_____
NORMAN A. PATTIS