

**United States Court of Appeals**

FOR THE
SECOND CIRCUIT

*CONN/New haven*
*03-cv-949*
*HON. Hall*

# JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 6th of April, two thousand and six.

Before:  Hon. Dennis Jacobs,
Hon. Pierre N. Leval,
Hon. Chester J. Straub,
*Circuit Judges.*

Docket No. 05-2004-cv

---

EDWARD ROOT, JR.,

*Plaintiff-Appellant,*

v.

TIMOTHY LISTON,

*Defendant-Appellee.*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was submitted by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is AFFIRMED in accordance with the opinion of this Court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by

Issued as Mandate:  SEP 1 9 2006